HORTON v. HORTON

No. 74 PC.

Case below: 12 N.C. App. 526.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 December 1971.


JOHNSON v. JOHNSON

No. 64 PC.

Case below: 12 N.C. App. 505.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 December 1971.


MANGUM v. SURLES

No. 66 PC.

Case below: 12 N.C. App. 547.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 7 December 1971.


PAGE v. SLOAN

No. 63 PC.

Case below: 12 N.C. App. 433.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 14 December 1971.


SNELLINGS v. ROBERTS

No. 70 PC.

Case below: 12 N.C. App. 476.

Petition for writ of certiorari to North Carolina Court of Appeals denied 14 December 1971.


STATE v. ANDREWS

No. 161

Case below: 12 N.C. App. 421.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 December 1971.